# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JENNIE GUZMAN PEREZ; MARIA HERNANDEZ SANTIAGO** <br><br> Plaintiffs <br><br> **Vs.** <br><br> **MANUEL OJEDA BATISTA; PROFESSIONAL EQUIPMENT CORP.;MOB INVESTEMENT CORP.** <br><br> Defendants | Civil Case no. <br><br><br> Age and Sex Discrimination <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

**COMES NOW** the plaintiffs, through the undersigned attorney, and to the Honorable Court, as their Complaint, do allege and pray as follows:

### JURISDICTION AND VENUE

1)   This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16, and the Age Discrimination in Employment Act (ADEA), 29 USC§ 621, et. seq.

2) Inasmuch as the majority, if not all, of the salient facts alleged in this Complaint, occurred within the District of Puerto Rico, venue is proper therein.

3) The plaintiffs exhausted administrative remedies, and a Right to Sue letter was issued, for each of them, by Michael Farrell, Director of the Miami District Office of the Equal Employment Opportunity Commission.

## THE PARTIES

3) Plaintiff Jennie Guzmán, is of legal age, widow, property owner and resident of 10 Street #878, Colinas de Montecarlo, San Juan, Puerto Rico, hereinafter referred to as "Guzmán".

4) Plaintiff María Hernández, is of legal age, single by divorce, property owner and resident of 3rd Street #J-37, Royal Palm, Bayamon, Puerto Rico, hereinafter referred to as "Hernández".

5) Co-defendant Manuel Ojeda Batista is of legal age, single," businessman and, to the best of our knowledge, resident of Carolina, Puerto Rico, and hereinafter referred to as "Ojeda".

6) Co-defendant Professional Equipment Corp. was, at the time of the events narrated herein, a corporation registered, and in existence, pursuant to the laws

of Puerto Rico, with principal offices located at 2151 Ave. Gilberto Monroig Villa Palmeras, Santuce San Juan, PR 00918.

7) Co-defendant MOB Investment Corp. was, at the time of the events narrated herein, a corporation registered, and in existence, pursuant to the laws of Puerto Rico, with principal offices located at 2151 Ave. Gilberto Monroig Villa Palmeras, Santuce San Juan, PR 00918.

## THE FACTS

A) At the time of the events narrated herein, the codefendant companies' main venue of business was the rental, sale, and servicing of professional equipments of construction and of electric generators.

B) Codefendant Guzmán worked for the codefendant companies, codefendant Ojeda as president and chief executive officer, for approximately one year, and codefendant Hernández labored for the same companies for time in excess of 13 years; Ms. Guzmán as inhouse accountant, and Ms. Hernández, as officer of Accounts Payable.

C) Both were also used as sales administrative executives during and after the path of Hurricanes Irma and Maria through Puerto Rico on 2017.

D) Both plaintiffs are 62 years of age and their work schedule was from 8:00 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m., Monday through Friday every week.

E) For several months before plaintiffs filed their administrative complaints, Ojeda, in his individual capacity and as president of the two codefendant corporations, commenced a labor action and treatment, as to the two plaintiffs, completely unjustified, repressive, abusive, insulting, slanderous, discrediting them, almost continuously, in front of a large number of employees and even customers, despising them, criticizing, making fun of them because of their age and even sexually harassing them.

F) During the recent months prior to the filing of their administrative complaint, Ojeda, repeatedly and in various instances, referred to the plaintiffs as "old women" (*viejas*), "cows" (*vacas*), "stupid" (*brutas*), mentally retarded, slow in their labor performance, and a gamut of embarrassing epithets, directed at the plaintiffs' age, in front, as has been said, of fellow employees and customers, all of which produced a totally adverse situation affecting the plaintiffs' mental health and stability, which has forced them to request and procure medical attention, which, as of today, they are still receiving.

G) Codefendant Ojeda's conduct and personal treatment as to the plaintiffs went as far as caressing their faces, at the time he voiced full fledge sexually

      implicit commentaries while touching his intimate body parts. This conduct also exacerbated the plaintiffs' mental, psychological and nervous condition for which they also had to procure medical assistance.

H) On top of all of the above, codefendant Ojeda, acting as president of the codefendant corporations, fired them from their jobs, alleging he needed to hire "ideal" (*idóneos*) employees to work in his two corporations.

I) To worsen things up, codefendant Ojeda, in a totally inappropriate, extremely humiliating, and disgraceful manner, while showing coplaintiff Guzmán some photos of his dog, purportedly showed her a photo of his penis, which caused her to suffer a huge hysterical trauma and shame.

J) It goes without saying that all of the above has provoked a large amount of damages, mentally, psychological and nervous to the plaintiffs, not only for the loss of their jobs, (being over 60 years of age, they have not been able to obtain a new job) but also forcing them to seek, and maintain medical visits to specialists to handle their very difficult and damaged mental welfare.

K) Their self esteem is in shambles and their everyday life has been curtailed forcing them to live a very restricted life mode, with very little family relations and friends.

L) Damages suffered by the plaintiffs, on account of all of the above, are computed as follow:

a) Loss of job, as to codefendant Guzman, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

b) Loss of job, as to codefendant Hernandez, in the amount of THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00).

c) Damages in relation to age discrimination claim and sex discrimination claim, in a sexual harassment variance, for both, in the amount of ONE MILLION DOLLARS ($1,000,000.00).

**WHEREFORE**, it is respectfully requested from the Honorable Court to enter judgment in favor of plaintiff and against the defendants for the above stated amounts, legal interest computed from the date the Judgment is entered, costs and expenses and a reasonable amount for legal fees.

**JURY TRIAL IS HEREBY DEMANDED**.

In San Juan, Puerto Rico, this 11th day of August, 2019

/**s**/ *José R. Franco Rivera*
**JOSE R. FRANCO-RIVERA/** USDC # 129014
P.O. Box 16834, San Juan, Puerto Rico 00907-6834
Tel. 787/407-7041; E mail address: jrfrancolaw@gmail.com