IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JENNIE GUZMÁN-PÉREZ AND MARÍA HERNÁNDEZ-SANTIAGO,<br><br>Plaintiffs,<br><br>v.<br><br>MANUEL OJEDA-BATISTA,<br><br>Defendant. | CIV. NO.: 19-1766 (SCC) |

**JUDGMENT**

In view of the Opinion and Order entered at Docket No. 137, all claims against Manuel Ojeda-Batista are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of November 2023

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE