# United States Court of Appeals
## For the First Circuit

No. 24-1329

JENNIE GUZMAN-PEREZ; MARIA HERNANDEZ-SANTIAGO,

Plaintiffs - Appellants,

v.

MANUEL OJEDA-BATISTA,

Defendant - Appellee,

PROFESSIONAL EQUIPMENT CORP.; MOB INVESTMENT CORP.,

Defendants.

**MANDATE**

Entered: September 3, 2025

    In accordance with the judgment of August 12, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

    By the Court:

    Anastasia Dubrovsky, Clerk

cc:
Jennie Guzmán-Pérez
María Hernández-Santiago
Peter Diaz-Santiago